# United States District Court
## for the
## District of Arizona



| | |
|---|---|
| In the Matter of the Seizure of:<br>*(Briefly describe the property to be seized)*<br><br>365,000.00 USDC located in one unhosted wallet identified as: 0x246ad63418848c22df091d5e3409faba68a34380, and all proceeds traceable thereto, whose smart contracts and treasury are managed by Circle Internet Financial, LLC, 1 Lincoln Street, Ste 31-113, Boston, MA 02111. | Case No. 25-5456MB |

## AMENDED WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the District of Arizona or elsewhere be seized as being subject to forfeiture to the United States of America. The property is described as follows:

See Attachment A.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before 10/22/25
*(not to exceed 14 days)*

☐ in daytime - 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to any United States Judge on criminal duty in Arizona.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose pro0perty, will be search or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*. ☐ until the facts justifying, the later specific date of _____

Date and time issued: Oct 9, 2025 10:46 am    _____
                                                Judge's signature

City and State: Phoenix, AZ    Honorable Deborah M. Fine, U.S. Magistrate Judge
                                Printed name and title

## ATTACHMENT A: PROPERTY TO BE SEIZED

Pursuant to this warrant, Circle Internet Financial, LLC ("Circle") shall:

1. Immediately effectuate a freeze of the USDC associated with the following virtual currency address, which exist on the Base blockchain:

   - Base blockchain address: 0x246ad63418848c22df091d5e3409faba68a34380

2. Immediately provide to the government the U.S. dollar equivalent of the USDC associated with the above-identified virtual currency address by sending the U.S. dollar equivalent to a government-controlled account. The details of the government-controlled account will be provided to Circle via separate cover.

Circle shall provide reasonable assistance in implementing the terms of this seizure warrant and take no unreasonable action to frustrate the implementation of it.

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>25-5456MB | Date and time warrant executed:<br>10/09/2025 10:58 am | Copy of warrant and inventory left with:<br>subpoenas@circle.com |

Inventory made in the presence of:
Circle Internet Financial LLC

Inventory of the property taken:
365,000 USDC located in one unhosted wallet identified as: 0x246ad63418848c22df091d5e3409faba68a34380; managed by Circle Internet Financial, LLC.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/21/2025

**JUSTIN SAYBAN** Digitally signed by JUSTIN SAYBAN
Date: 2025.10.21 06:11:36 -07'00'

*Executing officer's signature*

Justin Sayban - FBI Special Agent
*Printed name and title*